IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| EVELYN G. CRAFT, personal representative of the Estate of HAROLD D. CRAFT,<br><br>Plaintiff,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>Defendant. | Case No. 2:09-cv-01237-GLL |

## ORDER

The Defendant, Norfolk Southern Railway Company, by counsel, and the Plaintiff, Evelyn G. Craft, personal representative of the Estate of Harold D. Craft, by counsel, having filed their Joint Motion To Transfer Venue pursuant to 28 U.S.C. § 1404(a), and the court having considered the same does hereby GRANT said motion and orders that this case be transferred to the South Bend Division of the Northern District of Indiana, FORTHWITH.

DATED: 10/30/09

_____
Chief Judge, Western District of Pennsylvania,
Pittsburgh Division

Copies to:
Richard P. Gilardi
GILARDI, COOPER & LOMUPO
The Benendum-Trees Building
223 Fourth Avenue, 10th Floor
Pittsburgh, PA 15222
rpgilardi@lawgcl.com

L. Lawson Johnston
DICKIE, McCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
ljohnston@dmclaw.com